(129 So. 308)

### PEEBLES v. STATE.

8 Div. 44.

Court of Appeals of Alabama.
June 24, 1930.

John E. McEachin, of Huntsville, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.

The positive undisputed evidence is to the effect that this defendant did not transport any whisky. A suspicion that he may have had something to do with the transportation is not sufficient to sustain a conviction. The defendant was entitled to the general charge, and in refusing this the court committed reversible error.

The judgment is reversed, and the cause is remanded.

Reversed and remanded.